***E-FILED - 7/6/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HASSAN ABPIKAR, | ) | No. C 09-1872 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| ERIC HOLDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On April 29, 2009, plaintiff filed a "criminal complaint." The Clerk construed it as a civil rights complaint and filed it as such. On May 6, 2009, the plaintiff objected to the Clerk's construction of his complaint as a civil complaint and asserted that he did not wish to file a civil complaint, but a criminal one.[1] Plaintiff asks the court to "cancel" the filing of his criminal complaint as a civil one. As such, the court construes plaintiff's objection as a request to voluntarily dismiss this civil action as improperly opened and grants the request.

///

///

---

[1] Although plaintiff reiterates that he wants his pleading filed as a criminal case, there is no authority "permitting a private individual to initiate a criminal prosecution in his own name in a United States District Court." See Keenan v. McGrath, 328 F.2d 610, 611 (1st Cir. 1964) (per curiam); cf. Fed. R. Crim. P. 3.

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.09\Abpikar872voldis.wpd         1

1 | Accordingly, the instant action is DISMISSED.
2 | IT IS SO ORDERED.
3 | DATED: 7/2/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge