*E-FILED - 7/6/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HASSAN ABPIKAR, | ) | No. C 09-1872 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| ERIC HOLDER, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant complaint. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/2/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Abpikar872jud.wpd          1